```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/19/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
Certain Underwriters at Lloyd's, London, Indian                    :
Harbor Insurance Company, QBE Specialty                            :
Insurance Company, Steadfast Insurance Company,                    :    1:22-cv-00391-GHW
General Security Idemnity Company of AZ, and                       :
United Specialty Insurance Company                                 :    ORDER
                                                                   :
                              Petitioners,                         :
                                                                   :
                -v -                                               :
                                                                   :
ZJZ HOSPITALITY, INC.,                                             :
                                                                   :
                              Respondent.                          :
                                                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

Respondent is directed to file a response to Petitioners' January 14, 2022 petition to appoint an arbitrator, Dkt. No. 1, on or before January 26, 2022.

Petitioners are directed to serve a copy of this order on Respondent and retain proof of service.

SO ORDERED.

Dated: January 19, 2022
       New York, New York
                                                        _____
                                                            GREGORY H. WOODS
                                                         United States District Judge