USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                               :
CERTAIN UNDERWRITERS AT LLOYD'S,   :
LONDON, INDIAN HARBOR INSURANCE   :
COMPANY, QBE SPECIALTY INSURANCE   :      1:22-cv-00391-GHW
COMPANY, STEADFAST INSURANCE   :
COMPANY, GENERAL SECURITY IDEMNITY :      ORDER
COMPANY OF AZ, and UNITED SPECIALTY  :
INSURANCE COMPANY,                            :
                                               :
                                 Petitioners,  :
                                               :
                     -v -                     :
                                               :
ZJZ HOSPITALITY, INC.,                   :
                                               :
                                  Respondent.  :
                                               :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the hearing held on July 12, 2022, Respondent's motion to transfer venue, Dkt. No. 23, is GRANTED.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23 and to transfer this case to the Southern District of Texas without delay.

      SO ORDERED.

Dated: July 12, 2022
       New York, New York
                                                      _____
                                                         GREGORY H. WOODS
                                                     United States District Judge